UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAJAGOPALA SAMPATH RAGHAVENDRA
a/k/a RANDY S. RAGHAVENDRA,

                      Plaintiff,

       -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY,
LEE C. BOLLINGER, individually and as President of
Columbia University, ROBERT KASDIN, individually
and as Senior Executive Vice President of Columbia
University, and WILLIAM R. SCOTT, individually and
as a Deputy Vice-President of Columbia University,

                      Defendants.
------------------------------------------------------------------------X

NOTICE OF MOTION
FOR
RECONSIDERATION

Index No.:
06-CV-6841 (PAC)
(HBP)

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 59 and Local Rule 6.3, Plaintiff intends to move this Court, at such a time as he may reasonably be heard, and upon this Notice and the Memorandum of Law attached hereto, for the Court to reconsider its decision denying Plaintiff discovery under request number 31 in Plaintiff's First Set of Document Demands, which requests:

All documents concerning disciplinary action taken against any employee who was previously employed or is currently employed in any officer grade position, including and up to the executive vice president level, in the IRE and Facilities departments during all relevant times [the beginning of Plaintiff's employment and the present, as defined in Specific Instruction 18].

Dated: Garden City, New York
June 15, 2009

                LAW OFFICES OF LOUIS D. STOBER, JR., LLC

                */s/ Sheila S. Hatami*
                Sheila S. Hatami (SH 7954))
                Attorneys for Plaintiff
                350 Old Country Road
                Suite 205
                Garden City, New York 11530
                (516) 742-6546
                (516) 742-8603 fax

To: Susan Friedfel, Esq.
     Ed Brill, Esq.
     Proskauer Rose LLP
     1585 Broadway
     New York, NY 10036-8299

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
RAJAGOPALA SAMPATH RAGHAVENDRA
a/k/a RANDY S. RAGHAVENDRA,

                Plaintiff,         Civil Action No. 06-CV-6841 (PAC) (HBP)

    v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY, LEE C. BOLLINGER,                    **STIPULATION**
individually and as President of Columbia
University, ROBERT KASDIN, individually and
as Senior Executive Vice President of Columbia
University, and WILLIAM R. SCOTT,
individually and as a Deputy Vice-President of
Columbia University,

                Defendants.
---------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that Defendants', The Trustees of Columbia University in the City of New York, Lee C. Bollinger, Robert Kasdin, and William R. Scott, time to file any opposition to Plaintiff's Motion for Reconsideration shall be extended until June 23, 2009, and further that Plaintiff's time to file a reply brief shall be extended until June 26, 2009.

Dated: June 19, 2009

LAW OFFICES OF LOUIS D.              PROSKAUER ROSE LLP
STOBER, JR., LLC

By: _____            By: _____
Sheila S. Hatami, Esq.                          Edward A. Brill, Esq.
350 Old Country Road                       Susan D. Friedfel, Esq.
Suite 205                                        1585 Broadway
Garden City, New York 11530             New York, New York 10036-8299
516.742.6546                                212.969.3000
*Attorneys for Plaintiff*                      *Attorneys for Defendants*

8938/19460-035 Current/14913480v1

Case 1:06-cv-06841-PAC-HBP   Document 97   Filed 06/26/09   Page 4 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
--X
RAJAGOPALA SAMPATH RAGHAVENDRA
a/k/a RANDY S. RAGHAVENDRA,

                             Plaintiff,

           -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY,
LEE C. BOLLINGER, individually and as President of
Columbia University, ROBERT KASDIN, individually
and as Senior Executive Vice President of Columbia
University, and WILLIAM R. SCOTT, individually and
as a Deputy Vice-President of Columbia University,

                            Defendants.

------------------------------------------------------------------------X

Index No.:
06-CV-6841 (PAC)
(HBP)

## NOTICE OF MOTION FOR RECONSIDERATION

**LAW OFFICES OF LOUIS D. STOBER, JR., LLC**
**Attorneys for Plaintiff**
**350 Old Country Road**
**Suite 205**
**Garden City, New York 11530**
**(516) 742-6546**
**(516) 742-8603 fax**