# MANDATE

S.D.N.Y.-N.Y.C.
06-cv-6841
Crotty, J.
Pitman, M.J.

S.D.N.Y.-N.Y.C.
08-cv-8120
Crotty, J.
Pitman, M.J.

S.D.N.Y.-N.Y.C.
09-cv-19
Crotty, J.
Pitman, M.J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand thirteen.

Present:
    Peter W. Hall,
    Christopher F. Droney,[*]
    *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 07, 2013
```

Rajagopala Sampath Raghavendra,
Randy S. Raghavendra,

    *Plaintiff-Appellant*,
v.

Robert Kasdin, Individually and as Senior Executive Vice President of Columbia University, *et al.*,

    *Defendants-Appellees*.

12-4029 (L),
12-4044 (Con),
12-4048 (Con)

---

[*] Judge Debra Ann Livingston, originally a member of the panel, recused herself subsequent to the date the motion was submitted. Because the remaining members of the Panel are in agreement, we have decided this case in accordance with IOP E of the Local Rules and Internal Operating Procedures of this Court.

**MANDATE ISSUED ON 03/07/2013**

Appellant, *pro se*, moves for reconsideration of this Court's November 5, 2012 order granting the motion to intervene of Louis D. Stober, Jr., and the Law Offices of Louis D. Stober, Jr., LLC in the appeal docketed under 12-4048. Upon due consideration, it is hereby ORDERED that the motion is DENIED. It is further ORDERED that the appeals are DISMISSED because they lack an arguable basis in law or fact. *See Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995) ("[T]his [C]ourt has inherent authority, wholly aside from any statutory warrant, to dismiss an appeal or petition for review as frivolous when the appeal or petition presents no arguably meritorious issue for our consideration."); *see also Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (defining when an action lacks an arguable basis in law or fact).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-SSH

2