UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RAJAGOPALA SAMPATH
RAGHAVENDRA, a/k/a RANDY S.
RAGHAVENDRA

        Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA
UNIVERSITY, et al.,

        Defendants.

-----------------------------------------------------------X

Case Nos.:

06 Civ. 6841 (PAC) (HBP)
08 Civ. 8120 (PAC) (HBP)
09 Civ. 00019 (PAC) (HBP)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

Plaintiff Randy Raghavendra moves for reconsideration of the Court's April 15, 2014 Order holding him in contempt of court. (*See* Dkt. 262.) After filing this motion, Raghavendra filed a notice of appeal of the Order.[1]

Raghavendra's motion does not cite any new evidence or an intervening change in controlling law, but rather it rehashes his prior arguments on matters that have already been decided. Accordingly, his motion is DENIED.

Dated: New York, New York
      May 28, 2014

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

---

[1] Although the filing of a notice of appeal generally divests a district court of jurisdiction over matters involved in the appeal, the district court retains jurisdiction on a timely motion for reconsideration where that motion preceded the filing of the notice of appeal. *Beras v. United States*, No. 05-CV-2678, 2013 WL 2420748, at *1 (S.D.N.Y. June 4, 2013); *De La Rosa v. Rocco*, No. 07-CV-7577, 2011 WL 2421283, at *1 (S.D.N.Y. June 8, 2011).

1

Copy Mailed and E-mailed By Chambers To:

Rajagopala (Randy) S. Raghavendra
P.O. Box 7066
Hicksville, NY 11802-7066

RSRaghavendra@yahoo.com